IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 22-259 |
| ANTHONY PERCELL | : | |

**ORDER**

**AND NOW**, this  27th  day of  August , 2023, upon consideration of Defendant's Motion to Dismiss Count Twelve of the Indictment (ECF No. 46), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

 */s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**